IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| PNC Mortgage, a Division of PNC Bank, N.A., | ) ) | C/A No.: 4:10-1581-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Cheryl Powe, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Cheryl Powe, proceeding *pro se* in this matter, has advised this Court that she filed a petition in the Bankruptcy Court in the District of South Carolina under Chapter 7 of the Bankruptcy provisions of the United States Code on August 30, 2010, Case Number 10-06235. (Doc. #20). The record indicates that there is a foreclosure action currently pending in the Court of Common Pleas for Florence County, South Carolina. The parties are directed to notify the Court, in writing, of any proceedings in the Bankruptcy Court or state court that allow this action to proceed.

**IT IS SO ORDERED**.

  s/Terry L. Wooten  
United States District Judge

September 22, 2010
Florence, South Carolina