IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| PNC Mortgage, | ) | C/A No.: 10-1581-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Cheryl Powe, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter was stayed by order of the court on September 22, 2010, after Defendant advised the court that she had filed a petition in the Bankruptcy Court in the District of South Carolina under Chapter 7 of the Bankruptcy provisions of the United States Code on August 30, 2010, Case Number 10-06235. The parties are instructed to submit a status report to the court by October 21, 2011 indicating the status of the bankruptcy case and whether the stay in this case should be lifted.

IT IS SO ORDERED.

October 7, 2011                                            Shiva V. Hodges
Florence, South Carolina                          United States Magistrate Judge