IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PNC Mortgage, a division of PNC Bank, National Association,      )<br>                                    )<br>            Plaintiff,          )<br>                                    )<br>vs.                              )<br>                                    )<br>Cheryl Powe,                     )<br>                                    )<br>            Defendant.       )<br>_____)  | Civil Action No.: 4:10-cv-1581-TLW |

## ORDER

On June 18, 2010, this matter was removed to this Court based on the assertion of diversity jurisdiction under 28 U.S.C. § 1332. (Doc. # 1). The case was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 43). On November 28, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the District Court deny the defendant's amended motion to dismiss (Doc. # 15) and original motion to dismiss (Doc. # 8). (Doc. # 43). The defendant filed no objections to the Report. Objections were due on December 15, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 43). For the reasons articulated by the Magistrate Judge, the defendant's amended motion to dismiss (Doc. # 15) and original motion to dismiss (Doc. # 8) are **DENIED**.

**IT IS SO ORDERED**.

                                                s/Terry L. Wooten
                                                United States District Judge

January 18, 2012
Florence, South Carolina