IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| PNC Mortgage, a division of PNC Bank, National Association | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Civil Action No. 4:10-1581-TLW-KDW |
| | ) ) ) | |
| Cheryl Powe, | ) ) | |
| Defendant. | ) ) | |

# ORDER

Defendant Cheryl Powe ("defendant"), proceeding pro se, removed this foreclosure action to federal court from the Florence County, South Carolina Court of Common Pleas. (See Doc. #1). In an Answer filed on August 4, 2010, the defendant asserted several counterclaims against PNC Mortgage, a division of PNC Bank, National Association ("plaintiff"). (See Docs. #8, #13).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. (Doc. #77). In the Report, the Magistrate Judge recommends that this action be dismissed for lack of prosecution pursuant to Rule 41(c) of the Federal Rules of Civil Procedure. (See Doc. # 77). The defendant filed no objections to the Report. (See Doc. #77). Objections were due on July 28, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 77). Therefore, the defendant's counterclaims are dismissed with prejudice for failure to prosecute pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

s/ Terry L. Wooten<br>United States District Judge

October 17, 2012
Florence, South Carolina