UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| PNC Mortgage, a division of PNC Bank National Association, | ) ) ) | C/A No. 4:10-1581-TLW-KDW |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| Cheryl Powe, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff PNC Mortgage, a Division of PNC Bank, National Association ("PNC"), by and through counsel, and Defendant Cheryl Powe, pro se, have agreed to remand this matter to the Circuit Court for Florence County, South Carolina. Having consented to an order of foreclosure, *see* ECF No. 94-2, the parties have conferred regarding this issue and agree that Florence County, South Carolina is the most appropriate forum for the final order and judgment of foreclosure and sale in this matter.

Accordingly, the parties' Joint Motion to Remand, ECF No. 94, is GRANTED. This case is hereby remanded to the South Carolina Court of Common Pleas for the Twelfth Judicial Circuit, in Florence County. A certified copy of this Order of remand shall be mailed by the Clerk of this court to the Clerk of Court of Common Pleas, Florence County, Twelfth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

November 15, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge